# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_Boston_____ Division

| | |
|---|---|
| James Patrick O'Donoghue, Candidate for Mayor of Lawrence, Pro-se with possibility of expansion see attached Grievance | Case No. _____ (to be filled in by the Clerk's Office) |
| *Plaintiff(s)* (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| City of Lawrence Board of Registrars, City Attorney, Charles D. Boddy, Jr., City Clerk, William J. Maloney (Ex-Officio Member of the Board), Election Division, Possibly the Secretary of the Commonwealth | |
| *Defendant(s)* (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James Patrick O'Donoghue |
| Street Address | 288 Andover Street |
| City and County | Lawrence, Essex County |
| State and Zip Code | Massachusetts 01843-2246 |
| Telephone Number | (978) 258-2804    (978) 327-0579 |
| E-mail Address | jimpodonoghue@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | City of Lawrence, Board of Registrars |
| Job or Title *(if known)* | |
| Street Address | City Hall, 200 Common Street |
| City and County | Lawrence, Essex |
| State and Zip Code | Massachusetts 01840 |
| Telephone Number | (978) 620-3230   (978) 620-3290 |
| E-mail Address *(if known)* | wmaloney@cityoflawrence.com |

Defendant No. 2

| | |
|---|---|
| Name | Attorney Charles D. Boddy, Jr. |
| Job or Title *(if known)* | City of Lawrence, City Attorney |
| Street Address | City Hall, 200 Common Street, 3rd Floor, Room 306 |
| City and County | Lawrence, Essex |
| State and Zip Code | Massachusetts 01840 |
| Telephone Number | (978) 620-3031 |
| E-mail Address *(if known)* | cboddy@cityoflawrence.com |

Defendant No. 3

| | |
|---|---|
| Name | Attorney William J. Maloney |
| Job or Title *(if known)* | City Clerk and Ex-Officio Member of the Board of Registrars |
| Street Address | City Hall, 200 Common Street, 1st Floor, Room 107 |
| City and County | Lawrence, Essex |
| State and Zip Code | Massachusetts, 01840 |
| Telephone Number | (978) 620-3230 |
| E-mail Address *(if known)* | wmaloney@cityoflawrence.com |

Defendant No. 4

| | |
|---|---|
| Name | City of Lawrence - Election Division |
| Job or Title *(if known)* | |
| Street Address | City Hall, 200 Common Street, Basement, Room 4 |
| City and County | Lawrence, Essex |
| State and Zip Code | Massachusetts, 01840 |
| Telephone Number | (978) 620-3290   (978) 620-3294   (978) 620-3292   (978)620-3293 |
| E-mail Address *(if known)* | rreyes@cityoflawrence.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

14th Amendment guarantees that no state shall make or enforce any law that abridges any privilege belonging to citizenship, and, the right to vote as secured to us through the 15th, 19th and 26th Amendments guaranteeing that the right to vote shall never be denied or abridged.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

**Lawrence City Hall at a Board of Registrars' Hearing held in the City Council Chamber, 1st Floor.**

B. What date and approximate time did the events giving rise to your claim(s) occur?

**On August 28, 2017 the meeting was scheduled to start at 7:00PM but did not start until around 8:30PM because attorney Boddy was 1.5 hours late which made the process more difficult because people were tired making the process rushed. The meeting ran until around midnight.**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was denied access to have my name printed onto the September 26, 2017 ballot by the Board of Registrars. Many signatures on my Nomination Papers that should have been certified were not due to claims being made that voters were not Registered although many were. Also some 65 Registered Voter signatures were not certified because the signers had signed Nomination Papers for more than one candidate for which the Board would not hear objections based upon MGL Ch 34, §111's first acted upon submission. Signatures were denied certification although signers re-registered days in advance of the Hearing to update their addresses. The City's Attorney abridged by advising the Board not to set a precedent to allow voters to correct their information to have their signatures count toward the total. The purpose of the Hearing is held in part to accept those corrections. The intent of the Voters was ignored. Alcibiades Acosta, another candidate for Mayor was in attendance at the Hearing. His signatures were similarly rejected. The Board never notified the candidates as to any process for corrections.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

I, James Patrick O'Donoghue am age 65 years old. The level of energy required to run for public office is excessive. I am likely to never run again unless I make it onto the ballot by publication of the ballot with my name on the ballot in 2017. In 2013, I was also a candidate and the City Clerk misspelled my name causing all of the ballots to be reprinted. Some of the first printed ballots ended up being used in the 2013 Election and I am of the belief that as a result many of my votes were never counted. The voters and residents of Lawrence deserve to have an end put to the shenanigans at City Hall. My spirit will be damaged irreparably if I cannot bring about an improvement to the election process based upon Constitutional Grounds that are so clear to me before I leave this earth life. Abridging the rights of citizens to the satisfaction of an elite group of persons that want to dominate the process is not what this nation was founded for. I am a Vietnam Era Veteran. My daughter served in Iraq. We served to protect our freedoms. Being robbed of freedom if allowed by the court is irreparable injury.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief that I am seeking is to have the City of Lawrence Board of Registrars ordered to have my name printed onto the ballot for the Office of Mayor in the 2017 Preliminary Election. At the present time: Should the Board of Registrars attorney claim that it is too late because absentee ballots have been printed and mailed out then relief could be granted by ordering those ballots to be disqualified by declaration of defect. Ballots had to be reprinted in 2013 due to the misspelling of the name O'Donoghue. New absentee ballots can be issued to all that the defective ones were issued to via an envelope with a special marking to indicate the validity. At this time it is believed that the voters rights to have the name of James Patrick O'Donoghue are continuing to be abridged as the Board of Registrars seems to be ignoring the Grievance to which they have been notified of through email to the two attorney members of which one is the Ex-Officio Member (City Clerk) and to the Election Division's Senior Clerk. O'Donoghue also believes that the rights of Alcibiades Acosta, another candidate are also being abridged. <u>Exemplary Damages ought to be set in the amount = to the cost of holding the 2017 Municipal Election.</u>

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/08/2017

Signature of Plaintiff

Printed Name of Plaintiff: James Patrick O'Donoghue

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address