UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 1:17 CV 11701-PBS

JAMES PATRICK O'DONOGHUE,          )
                                    )
        Plaintiff,                  )
                                    )
                                    )
    v.                              )
                                    )
BOARD OF REGISTRARS, CITY OF        )
LAWRENCE, CHARLES D. BODDY,         )
JR. in his capacity as Attorney for the )
CITY OF LAWRENCE, WILLIAM J.        )
MALONEY, in his capacity as City    )
Clerk and Ex officio Member of the  )
Board of Registrars, CITY OF        )
LAWRENCE ELECTION DIVISION          )
                                    )
        Defendants.                 )

## MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF

Now come the Defendants, the Board of Registrars of the City of Lawrence, Charles D. Boddy, Jr. in his capacity as attorney for the City of Lawrence, William J. Maloney, in his capacity as City Clerk for the City of Lawrence and Ex-Officio member of the Board of Registrars, and the City of Lawrence Election Division, Defendants ("Lawrence") and oppose Plaintiff's Motion for Injunctive Relief and Move to Dismiss Plaintiff's Complaint. As grounds therefor, Defendants state as follows:

## STATEMENT OF FACTS

Section 8.3(a) of the Lawrence City Charter provides, "[t]he number of signatures of voters required to place the name of a candidate on the official ballot to be used at a

1

[Handwritten annotations in left margin, partially legible: "PBS"; "10/20/17 The motion to dismiss is denied without opposition"]