UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

James Patrick O'Donoghue
    Plaintiffs

    V.

Board of Registrars, City of Lawrence et al
    Defendant

CIVIL ACTION

NO. 1:17-cv-11701-PBS

### ORDER OF DISMISSAL

SARIS, CJ.

In accordance with Court's Order dated October 20, 2017 granting defendant's motion to dismiss ( Docket No. 15) , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

10/24/2017
  Date

/s/ C. Geraldino-Karasek
Deputy Clerk